| | | |
|---|---|---|
| | 10/22/70 | ORDER TO SHOW CAUSE.  Copies to involved judges & all counsel. |
| | 10/27/70 | ORDER Adding Botney Case to Schedule A (A-6) and correcting captoin of Benjamin Case (A-5)   Notice to counsel & copies to judges. |
| 1. | 11/2/70 | Motion for Extension of Time MISCELLANEOUS by Defs. ~~Mayor, Brown & Platt~~ |
| 2. | 11/2/70 | FILED an Extension of Time TO 11/23 for ALL responses. |
| A. | 11/5/70 | Plaintiff Wayne A. Benjamin Motion to Extend Time |
| | 11/5/70 | Order denying plaintiff Benjamin's motion to extend time.  Notice to Cnsl. rec. |
| B. | 11/5/70 | Response of pl. Michael W. Williams. |
| 2. | 11/23/70 | Response (w/supporting memo) of Airline Defendants in N.Illinois Action; in D.C. action; in C.D. California; and in N.D. California defendants United, American, NW., TWA, Eastern and Air Transport Association. |
| 3. | 11/24/70 | Motion of Plaintiffs Weidberg for consolidation in N.D. Illinois. |
| 4. | 11/30/70 | Plaintiff Michael W. Williams, etc. Reply to Defendant Airlines's Response to SCO. |
| 5. | 12/3/70 | Response of plaintiffs William M. Bennett, et al. |
| | 12/9/70 | ORDER entered serving new defendants with copies of previously filed papers involving Air Fare Lit.  Sent to new defendants, Panel Atty. Service List and involved Judges. |
| 6. | 12/21/70 | Supplemental Response to SCO by plfs. Bennett (C-70 1608) |
| | 12/21/70 | HEARING ORDER Entered.  Sent to Judges and Hearing Clerk NOTICE OF HEARING Mailed to Counsel |
| 7. | 1/14/71 | Defendant Airlines' supplemental memorandum in response to SCO |
| | 2/19/71 | Entered Opinion and Order transfering cases from N.D. Calif., C.D. Calif. and District of Columbia to the N.D. of Illinois and assigning them to Judge Alexander J. Napoli for coordinated or consolidated pretrial proceedings.  Notified involved judges, clerks, counsel of record and publishers. |
| | 2/19/71 | CONSENT FROM JUDGE EDWIN ROBSON for assignment of cases in this litigation to Judge Napoli in the N.D. of Illinois |
| 8. | 2/26/71 | MOTION OF PLAINTIFF KEITH ROBERTS TO VACATE AND REMAND 2/19/71 OPINION AND ORDER (Roberts v. American Airlines (C-70- 2737 SAW) |
| 9. | 3/10/71 | Response of def. American Airlines to Pl. Roberts motion to vacate & remand. |
| | | ROBERTS V. AMERICAN AIRLINES, N.D. Calif., C-70-2737SAW |
| | 3/11/71 | ORDER denying plaintiffs motion to remand.  Sent to involved judges and Service Counsel. |
| | 10/10/72 | ORDER- Assigning litigation to Judge Hubert L. Will, N.D. Illinois, because of the death of Judge Napoli |

OPINION AND ORDER of Feb. 19, 1971 322 F. SUPP. 1013

DOCKET NO. 58

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Docket Closed 12/10/73*

Description of Litigation

IN RE AIR FARE LITIGATION

*Computer ID No. 752*

*Transferred to N.D. Illinois 2/19/71 O&O*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Air Travelers Association, et al v. Air West, Inc., et al. *Closed 12/10/73* | N.D. Calif. C-70 1540 SAW | * | 3/12/71 | 71 C 785 |
| A-2 | William M. Bennett, et al. v. Air Transport Association of America, et al. *Closed 12/10/73* | N.D. Calif. C-70 1608 SAW | * | 3/12/71 | 71 C 786 |
| A-3 | Michael W. Williams, etc. v. American Airlines, Inc., et al. *Closed 12/10/73* | D.C. 2162-70 | Waddy * | 3/12/71 | 71 C 711 |
| A-4 | Alan Weidberg, et al. v. American Airlines, Inc., et al. *Closed 12/10/73* | N.D. Ill. 70 C 1879 | Napoli | | |
| A-5 | Wayne A. Benjamin, et al. v. ~~Piedmont Aviation, Inc.~~ *Delta Airlines, Inc.*, et al. *Closed 12/10/73* | N.D. Ill. 70 C 2004 | Napoli | | |
| A-6 | Allen E. Botney v. American Airlines, Inc., et al. *Closed 12/10/73* | C.D. Calif. 70-2405-R | Real * | 3/12/71 | 3/19/76 71 C 710 |
| B-1 | Keith Roberts, etc. v. American Airlines, et al. *Closed 12/10/73* | N.D. Calif C-70-2737 RPE SAW | * | 3/12/71 | 71 C ??? |
| ~~B-2~~ | ~~William M. Bennett, et al v. Air Trans~~ ~~Association, et al.~~ | ~~N.D. Calif.~~ ~~C-70-1608~~ | | | |

*5 Transfers to 6/30/71*

DOCKET NO. 58

*Counsel of Record*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AIR FRARE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | William A. Jennings, Esquire<br>William M. Bennett, Esquire<br>1080 Crocker Plaza<br>1 Post Street<br>San Francisco, California  94104 | **SAN FRANCISCO COUNSEL FOR ALL CARRIERS**<br>Alvin J. Rockwell, Esquire<br>Brobeck, Phleger & Harrison<br>One Eleven Sutter Street<br>San Francisco, California 94104 |
| A-2 | ~~Same as A-1 above (Bennett)~~ see below | **AIR WEST AIRLINES, INC.**<br>Arthur M. Taylor, Esquire<br>Vice President - Legal & Secretary<br>Air West Airlines, Inc.<br>San Francisco International Airport<br>San Francisco, California 94128 |
| **A-3 | Noel H. Thompson, Esquire<br>Suite 800, 919 18th St., N.W.<br>Washington, D.C.  20006 | |
| A-4 | Edward A. Berman,   Esquire<br>Schlifkin & Berman<br>134 No. LaSalle<br>Chicago, Illinois  60602<br><br>Lawrence Walner, Esquire<br>53 West Jackson<br>Chicago, Illinois  60602 | **ALLEGHENY AIRLINES, INC.**<br>Edwin I. Colodny, Esquire<br>Allegheny Airlines, Inc.<br>Executive Offices<br>Washington National Airport<br>Washington, D. C.  20001<br><br>**AMERICAN AIRLINES, INC.**<br>Alfred V. J. Prather, Esquire<br>Prather, Levenberg, Seeger & Doolittle |
| A-5 | Fohrman, Lurie, Holstein, Sklar & Cottle<br>Six North Michigan Avenue<br>Chicago, Illinois  60602 | 1707  L  Street, N. W.<br>Washington, D. C.  20036<br><br>Richard A. Lempert, Esquire<br>Assistant General Counsel |
| A-6 | Allen E. Botney, Esquire<br>David Daar, Esquire<br>8500 Wilshire Blvd., Suite 901<br>Beverly Hills, California 90211 | American Airlines, Inc.<br>633 Third Avenue<br>New York, New York  10017<br><br>**BRANIFF AIRWAYS, INC.** |
| **A-3 | ADDITIONAL COUNSEL<br>Paul L. Pascal, Esq.<br>1341 4th St., N.E.<br>Wash., D.C. 20002<br><br>Michael W. Williams<br>401 N. Armistead St.<br>Alexandria, Virginia 22312 | ~~Jay M. Jackson, Esquire~~<br>~~Secretary & Legal Counsel~~<br>~~Braniff International~~<br>~~Exchange Park~~<br>~~Dallas, Texas  75235~~<br><br>B. Howell Hill, Esquire<br>Arnold & Porter<br>1229 Nineteenth Street, N. W.<br>Washington, D. C.  20036 |
| A-2 | Michael S. Pecherer, Esquire<br>Cotton, Seligman & Ray<br>Alcoa Building - One Maritime Plaza<br>San Francisco, Calif.  94111 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | CONTINENTAL AIRLINES, INC.<br>Lee M. Hydeman, Esquire<br>Hydeman & Mason<br>1001 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br><br>Gene A. Powell, Esquire<br>7300 World Way West<br>Los Angeles, California 90009<br><br>DELTA AIRLINES, INC.<br>Richard H. Maurer, Esquire<br>Senior Vice President & General<br>  Counsel<br>Delta Airlines, Inc.<br>Atlanta Airport<br>Atlanta, Georgia 30320<br><br>Robert Reed Gray, Esquire<br>Hale, Russell & Stentzel<br>1001 Connecticut Avenue, N. W.<br>Washington, D. C. 20036<br><br>EASTERN AIRLINES, INC.<br>W. Glen Harlan, Esquire<br>Senior Vice President/Legal Affairs<br>Eastern Air Lines, Inc.<br>10 Rockefeller Plaza<br>New York, New York 10020<br><br>Philip A. Fleming, Esquire<br>Reavis, Pogue, Neal & Rose<br>1100 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br><br>FRONTIER AIRLINES, INC.<br>Robert J. Corber, Esquire<br>Steptoe & Johnson<br>1250 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br><br>David Brictson, Esquire<br>Law Department<br>Frontier Airlines, Inc.<br>5900 East 39th Avenue<br>Denver, Colorado 80207 |

DOCKET NO. 58

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2.

## DESCRIPTION OF LITIGATION

IN RE AIR FARE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Mr. William A. Nelson<br>Vice President and General Counsel<br>National Airlines, Inc.<br>Post Office Box 2055 AMF<br>Miami, Florida 33159 | MOHAWK AIRLINES, INC.<br>Bruce C. McLean, Esquire<br>Mohawk Airlines, Inc.<br>Oneida County Airport<br>Utica, New York 13503<br><br>Raymond J. Rasenberger, Esquire<br>Zuckert, Scoutt & Rasenberger<br>888 Seventeenth Street, N.W.<br>Washington, D. C. 20006<br><br>NATIONAL AIRLINES, INC.<br>Mr. J. M. Lindsey<br>Associate General Counsel & Secretary<br>National Airlines, Inc.<br>Box 2055, Airport Mail Facility<br>Miami, Florida 33159<br><br>Andrew T. A. McDonald, Esquire<br>Wilmer, Cutler & Pickering<br>900 Seventeenth Street, N.W.<br>Washington, D. C. 20006<br><br>NORTH CENTRAL AIRLINES, INC.<br>Ralph Strangis, Esquire<br>Maslon, Kaplan, Edelman, Borman,<br>   Brand & McNulty<br>Builders Exchange Building<br>Minneapolis, Minnesota 55402<br><br>NORTHEAST AIRLINES, INC.<br>Clarence I. Peterson, Esquire<br>Foley, Hoag & Eliot<br>1625 Eye Street, N. W.<br>Washington, D. C. 20006<br><br>NORTHWEST AIRLINES, INC.<br>Edward Floan, Esquire<br>Northwest Airlines, Inc.<br>Minneapolis-St. Paul, Inter'l Airport<br>St. Paul, Minnesota 55111<br><br>James M. Verner, Esquire<br>Verner, Liipfert, Bernhard & McPherson<br>1660 L St., N.W., Suite 1100<br>Washington, D.C. 20036 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | OZARK AIRLINES, INC.<br>  Thom G. Field, Esquire<br>  Neale, Newman, Bradshaw & Freeman<br>  Suite 705, Woodruff Building<br>  Springfield, Missouri 65805<br><br>PIEDMOND AVIATION, INC.<br>  Mr. T. W. Morton<br>  Vice President - Finance<br>  Piedmont Aviation, Inc.<br>  Smith Reynolds Airport<br>  Winstlon-Salem, North Carolina 27102<br><br>  William C. Burt<br>  ~~John W. Simpson~~, Esquire<br>  Koteen & Burt<br>  1000 Vermont Avenue, N. W.<br>  Washington, D. C. 20005<br><br>SOUTHERN AIRWAYS, INC.<br>  Cecil A. Beasley, Jr., Esquire<br>  Ballard & Beasley<br>  912 American Securities Building<br>  Washington, D. C. 20005<br><br>TEXAS INTERNATIONAL AIRLINES, INC.<br>  Jack K. Ayer<br>  Senior Vice President - Legal &<br>    Government Affairs<br>  Texas International Airlines, Inc.<br>  Post Office Box 60188<br>  Houston, Texas 77060<br><br>  Emory T. Nunneley, Esquire<br>  Kaler, Worsley, Daniel & Hollman<br>  710 Ring Building<br>  Washington, D. C. 20036<br><br>TRANS WORLD AIRLINES, INC.<br>  Ulrich V. Hoffman, Esquire<br>  Trans World Airlines, Inc.<br>  605 Third Avenue<br>  New York, New York 10016<br><br>UNITED AIRLINES, INC.<br>  Philip J. Hogan, Esquire<br>  Vice President - Law<br>  United Airlines, Inc<br>  Executive Offices<br>  Post Office Box 66100<br>  Chicago, Illinois 60666 |

Handwritten annotation beside Piedmond Aviation entry: "same firm as Air West below"

| No. | Plaintiff | Defendant |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*3.*

## DESCRIPTION OF LITIGATION

IN RE AIR FARE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | James E. Landry<br>1000 Conn. Ave., N.W.<br>Wash., D.C. 20036<br><br>*allegheny*<br>*Frontier*<br>*United*<br><br>*American* | WESTERN AIRLINES, INC.<br>  G. P. O'Grady, Esquire<br>  Vice President - Corporate Affairs<br>  P.O. Box 92005<br>  World Way Postal Center<br>  Los Angeles, California 90009<br><br>  ~~Henry de Butts, Esquire~~<br>  ~~1730 Rhode Island Avenue, N.W.~~<br>  ~~(Suite 1200)~~<br>  ~~Washington, D. C. 20036~~<br><br>AIR TRANSPORT ASSOCIATION OF AMERICA<br>  ~~Harper Atherton, Esquire~~<br>  ~~1000 Connecticut Avenue, N.W.~~<br>  ~~Washington, D.C. 20036~~<br><br>UNITED STATES<br>  Thomas H. Boerschinger, Esq.<br>  Tax Division<br>  Department of Justice<br>  Washington, D. C. 20530<br><br>~~ALL DEFENDANTS IN ILLINOIS ACTIONS~~<br>  ~~Lee Abrams, Esquire~~ N TEMPLETON BROWN<br>  Mayer, Brown & Platt<br>  231 S. LaSalle Street<br>  Chicago, Illinois 60604<br><br>CIVIL AERONAUTICS BOARD<br>  ~~Thomas A. Flannery, Esquire~~<br>  ~~Joseph M. Hannon, Esquire~~<br>  Ellen Lee Park, ~~Esquire~~ *asst. U.S. atty*<br>  United States Courthouse<br>  Washington, D. C. 20001<br><br>~~DEFENDANTS IN CENTRL CALIFORNIA ACTION~~<br>  Warren Christopher, Esquire<br>  O'Melveny & Myers<br>  611 W. Sixth Street<br>  Los Angeles, California 90017 |

(over)

| No. | Plaintiff | Defendant |
|---|---|---|
| | | *PIEDMONT AVIATION, INC* <br> AIR WEST <br> John Simpson, Esquire <br> Koteen and Burt <br> 1000 Vermont Avenue, N. W. <br> Washington, D. C.  20005 <br><br> ALASKA AIRLINES, INC. <br> William V. Cheek, Esq. <br> General Counsel & Assistant Secretary <br> Alaska Airlines, Inc. <br> Seattle-Tacoma International Airport <br> Seattle, Washington 98158 |
| | Harry A. Bowen, Esquire <br> Bowen and Ruden <br> 1110 O.F.C. Building <br> 1730 Rhode Island Avenue, N. W. <br> Washington, D. C.  20036 | ALOHA AIRLINES, INC. <br> Mr. Kenneth F. C. Char, President <br> Aloha Airlines, Inc. <br> P.O. Box 9028 <br> Honolulu, Hawaii 96820 <br><br> ASPEN AIRWAYS, INC. <br> Mr. Lloyd L. Carda <br> Vice President & Secretary <br> Aspen Airways, Inc. <br> Stapleton International Airport <br> Park Hill Station, Box 7215 <br> Denver, Colorado 80207 <br><br> CARIBBEAN-ATLANTIC AIRLINES, INC. <br> Wilson Colberg, Esq. <br> Vice President - Legal Affairs <br> Caribbean-Atlantic Airlines, Inc. <br> P.O. Box 6035, Loiza Station <br> Santurce, Puerto Rico 00914 <br><br> CHICAGO HELICOPTER AIRWAYS, INC. <br> Mr. John S. Gleason, Jr., President <br> Chicago Helicopter Airways, Inc. <br> 5315 West 63rd St. <br> Chicago, Illinois 60638 <br><br> HAWAIIAN AIRLINES, INC. <br> Mr. John H. Magoon, Jr., President <br> Hawaiian Airlines, Inc. <br> Honolulu International Airport <br> P.O. Box 9008 <br> Honolulu, Hawaii 96820 <br><br> NEW YORK AIRWAYS, INC. <br> Mr. John E. Gallagher, President <br> New York Airways, Inc. <br> P.O. Box 426 <br> LaGuardia Airport Station <br> Flushing, New York 11371 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AIR FARE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | **REEVE ALEUTIAN AIRWAYS, INC.**<br>Mr. Robert C. Reeve, President<br>Reeve Aleutian Airways, Inc.<br>P.O. Box 559<br>Anchorage, Alaska 99501<br><br>**TAG AIRLINES, INC.**<br>Mr. Ross E. Miller, President<br>TAG Airlines Inc.<br>Detroit City Airport<br>Detroit, Michigan 48213<br><br>**TRANS CARIBBEAN AIRWAYS, INC.**<br>Mr. O. Roy Chalk, President<br>Trans Caribbean Airways, Inc.<br>714 Fifth Ave.<br>New York, New York 10019<br><br>**WIEN CONSOLIDATED AIRLINES, INC.**<br>Mr. R. I. Petersen, President<br>Wien Consolidated Airlines, Inc.<br>4100 International Airport Rd.<br>Anchorage, Alaska 99502 |
| B-1 | William M. Brinton, Esquire<br>Godfrey L. Munter, Jr., Esquire<br>Cotton, Seligman & Ray<br>Alcoa Building, Suite 1400<br>One Maritime Plaza<br>San Francisco, California 94111 |  |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 58 -- In Re Air Fare Litigation

| Plaintiff | Defendant |
|---|---|
| AIR TRAVELERS ASSOCIATION, ET AL.<br>    William A. Jennings, Esquire<br>    1080 Crocker Plaza<br>    1 Post Street<br>    San Francisco, California  94104 | AIR WEST<br>PIEDMONT AVIATION, INC.<br>    John Simpson, Esquire<br>    Koteen and Burt<br>    1000 Vermont Avenue, N. W.<br>    Washington, D. C.  20005 |
| WILLIAM M. BENNETT, ET AL.<br>    Michael S. Pecherer, Esquire<br>    Cotton, Seligman & Ray<br>    Alcoa Building<br>    One Maritime Plaza<br>    San Francisco, California  94111 | AMERICAN AIRLINES, INC.<br>    Alfred V. J. Prather, Esquire<br>    Prather, Levenberg, Seeger & Doolittle<br>    1707  L  Street, N. W.<br>    Washington, D. C.  20036 |
| MICHAEL W. WILLIAMS, ETC.<br>    Noel H. Thompson, Esquire<br>    919  18th Street, N. W.<br>    Washington, D.C.  20006 | CARIBBEAN ATLANTIC AIRLINES, INC.<br>BRANIFF AIRWAYS, INC.<br>    B. Howell Hill, Esquire<br>    Arnold and Porter<br>    1229 Nineteenth St., N.W.<br>    Washington, D. C.  20036 |
| ALAN WEIDBERG, ET AL.<br>    Edward A. Berman, Esquire <br>    Schlifkin & Berman<br>    134 N. LaSalle<br>    Chicago, Illinois  60602 | CONTINENTAL AIRLINES, INC.<br>    Gene A. Powell, Esquire<br>    Asst. Secretary & Attorney<br>    7300 World Way West<br>    Los Angeles, California  90009 |
| WAYNE A. BENJAMIN, ET AL.<br>    Fohrman, Lurie, Holstein, Sklar<br>        & Cottle<br>    Six North Michigan Avenue<br>    Chicago, Illinois  60602 | DELTA AIRLINES, INC.<br>    Robert Reed Gray, Esquire<br>    Hale, Russell & Stentzel<br>    1001 Connecticut Ave., N.W.<br>    Washington, D.C.  20036 |
| ALLEN E. BOTNEY<br>    David Daar, Esquire<br>    8500 Wilshire Blvd., Suite 901<br>    Beverly Hills, California  90211 | EASTERN AIRLINES, INC.<br>    Philip A. Fleming, Esquire<br>    Reavis, Pogue, Neal & Rose<br>    1100 Connecticut Ave., N.W.<br>    Washington, D.C.  20036 |
| | MOHAWK AIRLINES, INC.<br>    Raymond J. Rasenberger, Esquire<br>    Zuckert, Scott & Rasenberger<br>    Brawner Building<br>    888  17th  St., N. W.<br>    Washington, D.C. 20006 |

| Plaintiff | Defendant |
|---|---|
|  | NATIONAL AIRLINES, INC.<br>    Mr. William A. Nelson<br>    Vice President & General Counsel<br>    National Airlines, Inc.<br>    Post Office Box 2055 AMF<br>    Miami, Florida 33159<br><br>NORTH CENTRAL AIRLINES, INC.<br>    Ralph Strangis, Esquire<br>    Maslon, Kaplan, Edelman, Borman, Brand<br>        & McNulty<br>    Builders Exchange Building<br>    Minneapolis, Minnesota 55402<br><br>NORTHEAST AIRLINES, INC.<br>    Clarence I. Peterson, Esquire<br>    Foley Hoag & Eliot<br>    Suite 809, 1625 Eye St., N.W.<br>    Washington, D.C. 20006<br><br>NORTHWEST AIRLINES, INC.<br>    James M. Verner, Esquire<br>    Verner, Liipfert, Bernhard & McPherson<br>    1660 L St., N.W. (Suite 1100)<br>    Washington, D.C. 20036<br><br>SOUTHERN AIRWAYS, INC.<br>    Cecil A. Beasley, Jr., Esquire<br>    Ballard and Beasley<br>    912 American Securities Building<br>    Washington, D. C. 20005<br><br>TEXAS INTERNATIONAL AIRLINES, INC.<br>    Emory T. Nunneley, Esquire<br>    Kaler, Worsley, Daniel & Hollman<br>    710 Ring Building<br>    Washington, D.C. 20036<br><br>TRANS WORLD AIRLINES, INC.<br>    Ulrich V. Hoffman, Esquire<br>    Trans World Airlines, Inc.<br>    605 Third Avenue<br>    New York, New York 10016 |

cont.

pc 2 3

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 58 -- In re Air Fare Litigation

| Plaintiff | Defendant |
|---|---|
| | WESTERN AIRLINES, INC.<br>   Gerald P. O'Grady, Esquire<br>   Western Airlines<br>   Post Office Box 92005<br>   World Way Postal Center<br>   Los Angeles, California 90009<br><br>AIR TRANSPORT ASSOCIATION OF AMERICA<br>   James E. Landry, Esquire<br>   General Counsel<br>   Air Transport Association<br>   1000 Connecticut Avenue., N.W.<br>   Washington, D. C. 20036<br><br>UNITED STATES<br>   Thomas H. Boerschinger, Esquire<br>   Tax Division<br>   Department of Justice<br>   Washington, D. C. 20530<br><br>UNITED AIRLINES, INC.   OZARK AIRLINES<br>ALLEGHENY AIRLINES<br>FRONTIER AIRLINES<br>   H. Templeton Brown, Esquire<br>   Mayer, Brown & Platt<br>   231 S. LaSalle Street<br>   Chicago, Illinois 60604<br><br>PAN AMERICAN<br>   Warren Christopher, Esquire<br>   O'Melveny and Myers<br>   611 W. Sixth Street<br>   Los Angeles, California 90017<br><br>CIVIL AERONAUTICS BOARD<br>   Mrs. Ellen Lee Park<br>   Assistant U. S. Attorney<br>   United States Courthouse<br>   Washington, D. C. 20001 |

cont.

| Plaintiff | Defendant |
|---|---|
| | ~~ALASKA AIRLINES, INC.~~           SPECIAL COUNSEL |
| | ~~ALOHA AIRLINES, INC.~~           FOR CALIFORNIA |
| | ~~ASPEN AIRWAYS, INC.~~            DEFENDANTS |
| | ~~CARIBBEAN ATLANTIC AIRLINES, INC.~~ |
| | ~~CHICAGO HELICOPTER AIRWAYS, INC.~~ |
| | ~~HAWAIIAN AIRLINES, INC.~~ |
| | ~~NEW YORK AIRWAYS, INC.~~ |
| | ~~REEVE ALEUTIAN AIRWAYS, INC.~~ |
| | ~~SFO HELICOPTER AIRLINES, INC.~~ |
| | ~~TAG AIRLINES, INC.~~ |
| | ~~TRANS CARIBBEAN AIRWAYS, INC.~~ |
| | ~~WIEN CONSOLIDATED AIRLINES, INC.~~ |
| | Alvin J. Rockwell, Esquire |
| | Brobeck, Phleger & Harrison |
| | One Eleven Sutter Street |
| | San Francisco, California   94104 |
| | |
| | ALASKA AIRLINES, INC. |
| | William V. Cheek, Esquire |
| | General Counsel & Asst. Secretary |
| | Alaska Airlines, Inc. |
| | Seattle-Tacoma International Airport |
| | Seattle, Washington   98158 |
| | |
| | ALOHA AIRLINES, INC. |
| | Harry A. Bowen, Esquire |
| | Bowen and Ruden |
| | 1110 O. F. C. Building |
| | 1730 Rhode Island Ave., N. W. |
| | Washington, D. C.   20036 |
| | |
| | ASPEN AIRWAYS, INC. |
| | Mr. Lloyd L. Carda |
| | Vice President & Secretary |
| | Aspen Airways, Inc. |
| | Stapleton International Airport |
| | Park Hill Station, Box 7215 |
| | Denver, Colorado   80207 |
| | |
| | CARIBBEAN ATLANTIC AIRLINES, INC. |
| | Wilson Colberg, Esquire |
| | Vice President - Legal Affairs |
| | Caribbean - Atlantic Airlines, Inc. |
| | P.O. Box 6035, Loiza Station |
| | Santurce, Puerto Rico   00914 |
| | |
| | CHICAGO HELIOCPTER AIRWAYS, INC. |
| | Mr. John S. Gleason, Jr., President |
| | Chicago Helicopter Airways, Inc. |
| | 5315 West 63rd Street |
| | Chicago, Illinois   60638 |
| | |
| | HAWAIIAN AIRLINES, INC. |
| | Mr. John H. Magoon, Jr., President |
| | Hawaiian Airlines, Inc. |
| | Honolulu International Airpot P.O. Box 9008 |
| | Honolulu, Hawaii   96820 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 58 -- IN RE AIR FARE LITIGATION

| Plaintiff | Defendant |
|---|---|
| | NEW YORK AIRWAYS, INC.<br>Mr. John E. Gallagher, President<br>New York Airways, Inc.<br>Post Office Box 426<br>LaGuardia Airport Station<br>Flushing, New York  11371<br><br>RREVE ALEUTIAN AIRWAYS, INC.<br>Mr. Robert C. Reeve, President<br>Reeve Aleutian Airways, Inc.<br>Post Office Box 559<br>Anchorage, Alaska  99501<br><br>TAG AIRLINES, INC.<br>Mr. Ross E. Miller, President<br>TAG Airlines, Inc.<br>Detroit City Airport<br>Detroit, Michigan  48213<br><br>TRANS CARIBBEAN AIRWAYS, INC.<br>Mr. O. Roy Chalk, President<br>Trans Caribbean Airways, Inc.<br>714 Fifth Avenue<br>New York, New York  10019<br><br>WIEN CONSOLIDATED AIRLINES, INC.<br>Mr. R. I. Petersen, President<br>Wien Consolidated Airlines, Inc.<br>4100 International Airport Rd.<br>Anchorage, Alaska  99502 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 58 -- IN RE AIR FARE LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERI_A | A-2 |
| AIR WEST, INC. | A-1, 2; A-5 & 6 |
| ALASKA AIRLINES, INC. | A-1, 2 |
| ALLEGHENY AIRLINES, INC. | A-1 & 5 A-2 |
| ALOHA AIRLINES, INC. | A-1 & 2 |
| AMERICAN AIRLINES, INC. | A-1, 2, 4; A-3, 5 & 6; B-1 |
| ASPEN AIRWAYS, INC. | A-1 & 2 |
| BRANIFF AIRWAYS, INC. | A-1, 2 & 5 |
| CARIBBEAN-ATLANTIC AIRLINES, INC. | A-1 |
| CHICAGO HELICOPTER AIRWAYS, INC. | A-1 & 2 |

p. 2

| | |
|---|---|
| CIVIL AERONATUICS BOARD | A-3 |
| CONTINENTAL AIRLINES, INC. | A-1, 2, 4, 5 & 6 |
| DELTA AIRLINES, INC. | A-1, 2, 4, 5 & 6 |
| EASTERN AIRLINES, INC. | A-1, 2, 4 & 5 |
| FRONTIER, AIRLINES, INC. | A-1, 2 & 5 |
| HAWAIIAN AIRLINES, INC. | A-1 & 2 |
| MOHAWK AIRLINES, INC. | A-1 & 2 & 5 |
| NATIONAL AIRLINES, INC. | A-1 & 2; A-5 & 6 |
| NEW YORK AIRWAYS, INC. | A-1 & 2 |
| NORTH CENTRAL AIRLINES, INC. | A-1, 2 & 5 |
| NORTHEAST AIRLINES, INC. | A-1, 2 & 5 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 58 -- IN AIR FARE LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| NORTHWEST AIRLINES, INC. | A-1, 2 & 5 |
| OZARK AIRLINES, INC. | A-1, 2 & 5 |
| PAN AMERICAN WORLD AIRWAYS, INC. | A-1, ~~2~~ & 6 |
| PIEDMONT AIRLINES | A-1, 2 & 5 |
| REEVE-ALEUTIAN AIRWAYS, INC. | A-1 & ~~2~~ |
| ~~SFO HELICOPTER AIRLINES, INC.~~ | ~~A-2~~ |
| SOUTHERN AIRWAYS, INC. | A-1, 2 & 5 |
| TAG AIRLINES, INC. | A-1 & ~~2~~ |
| TEXAS INTERNATIONAL AIRLINES, INC. | A-1 & ~~2~~, A-5 |
| TRANS CARIBBEAN AIRWAYS, INC. | A-1 & ~~2~~ |

p. __4__

| | |
|---|---|
| TRANS WORLD AIRLINES, INC. | A-1, 2, 4, 3, 5 & 6 |
| UNITED AIRLINES, INC. | A-1, 2, 4, 5 & 6 |
| UNITED STATES OF AMERICA | |
| WESTERN AIRLINES, INC. | A-1, 2; A-5 & 6 |
| WIEN CONSOLIDATED AIRLINES INC. | A-1 & |
| | |
| | |
| | |
| | |
| | |
| | |